**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Ashley Hickman, | : | Case No. 2:26-cv-00054 |
| | : | |
| Plaintiff, | : | Judge Algenon L. Marbley |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| Care of Excellent, Co., *et al.,* | : | |
| | : | |
| Defendants. | : | |

**JOINT MOTION TO AMEND CASE SCHEDULE**

Now come the Plaintiff, Ashley Hickman ("Hickman or Plaintiff") and Defendants, Care of Excellent, Co. ("Care of Excellent") and Ashlay Jacobs ("Jacobs") (collectively "Defendants"), by and through counsel, and hereby jointly moves this Court to amend its Case Schedule.

The Parties request the Court amend its Case Schedule as follows:

| | |
|---|---|
| Discovery Cut-Off | December 1, 2026 |
| Dispositive Motions | February 11, 2027 |

The Parties makes this motion in good faith and not to cause unnecessary delay. No party will suffer any prejudice as a result of this request. A Memorandum in Support is attached hereto and incorporated within.

Respectfully submitted,

*/s/ Chris Wido* (per auth on 9/30/26)
Chris Wido (0090441)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
3 Summit Park Drive, Suite 200
Independence, Ohio 44131
Tele: (216) 364-1330
Fax: (216) 291-5744
Email: Chris.Wido@Spitzlawfirm.com

*Counsel for Plaintiff Ashley Hickman*

*/s/ Stefanie L. Coe*
Stefanie L. Coe (0078265)
Gerhardt A. Gosnell II (0064919)
**ARNOLD & CLIFFORD LLC**
115 W. Main Street, Suite 400
Columbus, Ohio 43215
Tele: (614) 460-1600
Fax: (614) 469-1129
Email: scoe@arnlaw.com
ggosnell@arnlaw.com

– and –

Frederic R. Kass (0000793)
**FREDERIC R. KASS LAW OFFICE**
6558 Shenandoah Drive
Reynoldsburg, Ohio 43068
Tele: (614) 373-6148
Fax: (614) 694-0524
Email: FredKassLaw@gmail.com

*Counsel for Defendants*

**MEMORANDUM IN SUPPORT**

The Parties have engaged in discovery and are currently working towards a resolution of the claims in this case. Both Parties need additional time to exchange the documents necessary to finalize a resolution of this matter. If the Parties are unable to reach a settlement, they need additional time to complete discovery. The Parties respectfully request the Court amend the current schedule as proposed.

Respectfully submitted,

*/s/ Chris Wido* (per auth on 9/30/26)
Chris Wido (0090441)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
3 Summit Park Drive, Suite 200
Independence, Ohio 44131
Tele: (216) 364-1330
Fax: (216) 291-5744
Email: Chris.Wido@Spitzlawfirm.com

*Counsel for Plaintiff Ashley Hickman*

*/s/ Stefanie L. Coe*
Stefanie L. Coe (0078265)
Gerhardt A. Gosnell II (0064919)
**ARNOLD & CLIFFORD LLC**
115 W. Main Street, Suite 400
Columbus, Ohio 43215
Tele: (614) 460-1600
Fax: (614) 469-1129
Email: scoe@arnlaw.com
ggosnell@arnlaw.com

– and –

Frederic R. Kass (0000793)
**FREDERIC R. KASS LAW OFFICE**
6558 Shenandoah Drive
Reynoldsburg, Ohio 43068
Tele: (614) 373-6148
Fax: (614) 694-0524
Email: FredKassLaw@gmail.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was filed electronically on September 30, 2026, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

*/s/ Stefanie L. Coe*
Stefanie L. Coe (0078265)